

**RECEIVED**
IN LAKE CHARLES, LA

APR 26 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES | : | DOCKET NO. 6:15-cr-113 |
|---|---|---|
| VERSUS | : | JUDGE MINALDI |
| CAREY WARDELL REED | : | MAGISTRATE JUDGE HANNA |

### JUDGMENT

For reasons stated in the memorandum ruling issued this same date, in addition to the reasons assigned in the Report and Recommendation [Rec. Doc. 36] of the Magistrate Judge filed previously herein, after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed [Rec. Doc. 41], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion to Suppress [Rec. Doc. 23] be **DENIED**.

Lake Charles, Louisiana, this 25 day of April, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE