RECEIVED
IN LAKE CHARLES, LA.
DEC 13 2016
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 6:15 CR 00113-01 |
| VS. | : | JUDGE MINALDI |
| CAREY WARDELL REED | : | MAGISTRATE JUDGE HANNA |

ORDER

The Government filed a Memorandum in Support of the Motion to Revoke Supervised Release (83), which is, in effect, an appeal of the Magistrate Judge's Order.

IT IS ORDERED that the Government request an expedited transcript of the November 8, 2016, hearing before the Magistrate Judge. The transcript shall be provided to the court as expeditiously as possible.

IT IS ORDERED that the defendant has seven (7) calendar days from the date of the transcript being filed to file his opposition.

IT IS FURTHER ORDERED that the Government will have three (3) calendar days from the filing of the Opposition to file a Reply.

Lake Charles, Louisiana, this 5 day of December, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE