UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-113-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CAREY WARDELL REED (01) | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 264], determining that the findings are correct under the applicable law, and noting that Reed "agrees with the Magistrate's findings . . . ," [Record Document 265],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Reed's motion under 28 U.S.C. § 2255 [Record Document 218] and motion styled "Constitutional Challenge to Pre-First Step Act of 2018" [Record Document 225] be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this ~~22nd day of May~~ 4th day of June, 2024.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE